Toby STREETT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50532.

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Darren K. Wallace, Asst. Public Defender, Chillicothe, for appellant.

J. Jay Hemenway, Prosecuting Attorney, Mercer County, Princeton, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Toby Streett appeals his conviction for violating an *ex parte* order of protection. He challenges the sufficiency of the evidence and complains that his due process rights were violated because the state did not make an opening statement at trial. We affirm. Discerning no jurisprudential purpose in publishing a written opinion, we issue this summary order. We include for the parties a memorandum explaining the basis for our ruling. Rule 30.25(b).